ROGER M. MANSUKHANI (CA BAR NO.: 164463)
Email: rmansukhani@gordonrees.com
GINA HAGGERTY LINDELL (CA BAR NO.: 217258)
Email: glindell@gordonrees.com
GEORGE P. SOARES (CA BAR NO.: 213996)
Email: gsoares@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, Suite 5200
Los Angeles, CA  90071
Telephone:  (213) 576-5000
Facsimile:  (213) 680-4470

JS-6

Attorneys for Defendant
ALL STATE CLEANING, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANGEL URIBE and GUSTAVO URIBE, | ) CASE NO. 2:12-cv-08351 DDP (PLAx) |
|---|---|
| Plaintiffs, | ) **JUDGMENT** |
| vs. | ) [LINK TO 90] |
| ALL STATE CLEANING, CLASSEN ENTERPRISES INC. and CARLOS MUNGUIA, | ) |
| Defendants. | ) |

Defendant All State Cleaning, L.P.'s ("All State") Motion for Summary Judgment or, in the alternative, Partial Summary Judgment came on regularly for hearing before this Court on September 8, 2014.

After considering the briefs, separate statements, evidence, and objections to evidence filed by the parties, and the arguments of counsel, the Court concludes that there are no genuine issues of material fact, and that All State is entitled to judgment as a matter of law pursuant to Fed.R.Civ.P. 56.

/ / /

/ / /

1   THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT
2   Defendant All State's Motion for Summary Judgment is GRANTED and that
3   judgment shall be entered in favor of All State against Plaintiffs Angel Uribe and
4   Gustavo Uribe.

6   **IT IS SO ORDERED.**

8   DATED: November 13, 2014

   _____
   UNITED STATES DISTRICT JUDGE